# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COUNTRY INNS & SUITES BY
CARLSON, INC.

                      **Plaintiff,**

-vs-                                                  Case No. 6:07-cv-104-Orl-28DAB

INTERSTATE PROPERTIES, LLC ,
WILLIAM ABRUZZINO, JAGDISH SINGH

                      **Defendants**
_____/

# ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. No. 60) filed November 26, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 30, 2008 (Doc. No. 69) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Attorney's Fees is **GRANTED in part** and **DENIED in part.** Plaintiff is awarded attorney's fees in the amount of $44,250.00.

DONE and ORDERED in Chambers, Orlando, Florida this __23__ day of January, 2009.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party