UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COUNTRY INNS & SUITES BY
CARLSON, INC.

                **Plaintiff,**

-vs-                                      Case No. 6:07-cv-104-Orl-28DAB

INTERSTATE PROPERTIES, LLC ,
WILLIAM ABRUZZINO, JAGDISH SINGH

                **Defendants**
_____/

# ORDER

This case is before the Court on Plaintiff's Motion for Appellate Attorney's Fees (Doc. No. 135) filed September 15, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 7, 2009 (Doc. No. 135) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Appellate Attorney's Fees (Doc. 82) is **GRANTED in part.**

3. Plaintiff is awarded $18,725.00 in attorney's fees to be paid by the Defendants jointly and severally.

DONE and ORDERED in Chambers, Orlando, Florida this 28 day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party